UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIANE A. PEA                                                CIVIL ACTION

VERSUS                                                      NO. 07-7958

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION                           SECTION "J" (2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the Plaintiff's Objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's **Opposition to Findings and Recommendation of United States Magistrate Judge** (Rec. Doc. 18) is **OVERRULED**.

**IT IS FURTHER ORDERED** that plaintiff's **Motion to Remand in Lieu of Motion for Summary Judgment with Request to Reserve Right to Alternative Relief** (Rec. Doc. 14) is **DENIED**;

**IT IS FURTHER ORDERED** that the plaintiff's **Complaint Seeking Judicial Review of Unfavorable Administrative Decision** (Rec. Doc. 1) is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this   24th   day of October, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE